# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

W.B. HIGDON, JR., JOSEPH WILBERT
BRYANT, JR., OUIDA JEANINE REID,
MARY JANET HARGROVE VIAL, CLAIRE
T. WHITAKER, THE ESTATE OF RUTH
ROSE WILBERT TEMPLET, THROUGH ITS
EXECUTRIX JANE TEMPLET PIZZOLATO,
KAY J. SCARBOROUGH, MARY JOSEPHINE
BUQUOI PRIMEAUX, KIM J. HOWELL,
BETH HICKMAN, MICHAEL HICKMAN,
MARY MIXON HIGDON BRINKERHOFF,
MARY CAROLYN J. THIBODEAUX, KARLYN
GUMM, MEGAN GUMM, AND GUILLIAN
GUMM ZOOK

VERSUS

BIL-MIK, INC., BRIDAS ENERGY USA,
INC., CENTERPOINT ENERGY RESOURCES
CORP., CHEVRON U.S.A. INC.,
CHEVRON CORPORATION, CLIFFWOOD
EXPLORATION LIMITED PARTNERSHIP
1983, CONOCOPHILLIPS COMPANY,
CONTINENTAL OIL COMPANY, DEVON
LOUISIANA CORPORATION, EXXONMOBIL
CORPORATION, FOREST OIL
CORPORATION, FOSTER-BROWN
OPERATIONS, INFC., MAGNA OIL & GAS
CORP., MIDCON EXPLORATION COMPANY-
GULF COAST,OLEUM OPERATING
COMPANY, L.C., SAMSON RESOURCES
COMPANY, SHELL OIL COMPANY, SHELL
PETROLEUM CORP., SLX ENERGY, INC.,
SMK-LA, INC., SUPREME CONTRACTORS,
L.L.C., FOUR STAR OIL AND GAS
COMPANY, TOCE OIL COMPANY, AND
UNION OIL COMPANY OF CALIFORNIA

NO.  2020 CW 0016

**MAR 0 3 2020**

---

In Re:    Toce Oil Company, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No.
          62857.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) *(per curiam)* are not met.

**JMG**
**WJB**

    **Whipple, C.J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.